

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00045-CV

CALVIN LYNN BROWN, Appellant

V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee

This cause, an appeal from the judgment signed April 4, 2024, was heard on the appellate record. The record shows that the trial court and this court lack subject matter jurisdiction. We therefore order the trial court's judgment **VACATED** and the appeal **DISMISSED**.

We further order this decision certified below for observance.

Judgment Rendered December 17, 2024.

Panel Consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Farris.